**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2365**

THELMA L. HEWLETT,

            Plaintiff - Appellant,

      v.

PERMANENT GENERAL ASSURANCE CORPORATION; S&M AUTO SERVICE
LLC,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.    John A. Gibney, Jr.,
District Judge. (3:15-cv-00553-JAG)

Submitted:  March 8, 2016            Decided:  March 18, 2016

Before KING and DUNCAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Dismissed and remanded by unpublished per curiam opinion.

Thelma L. Hewlett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thelma L. Hewlett seeks to appeal the district court's order dismissing her civil complaint without prejudice. This court may exercise jurisdiction only over final orders of the district court, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Hewlett seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Goode v. Central Va. Legal Aid, 807 F.3d 619 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction and remand the case to the district court with instructions to permit Hewlett to amend her complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED AND REMANDED